UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CLARENCE L. GANT, | ) | No. CV 14-9333-VAP (AGR) |
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| J. SOTO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation. No objections to the Report have been filed. The Court agrees with the recommendation of the magistrate judge.

IT IS ORDERED that Petitioner's motion for leave to file a First Amended Petition is GRANTED IN PART AND DENIED IN PART as follows:

(1) Petitioner's motion for leave to file a First Amended Petition is GRANTED except that Petitioner's motion for leave to add proposed Ground Three is DENIED. In other words, this action would proceed only on Grounds One, Two, and Four in the First Amended Petition.

(2) The Clerk is directed to file the First Amended Petition.

(3) Respondent is ordered to file a response to the First Amended Petition for Writ of Habeas Corpus within 60 days after the entry of this Order.

The case is referred back to the magistrate judge for further proceedings.

DATED: February 21, 2019

VIRGINIA A. PHILLIPS
United States District Judge