UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CLARENCE L. GANT,
    Petitioner,
v.
J. SOTO, Warden,
    Respondent.

NO. CV 14-9333-VAP (AGR)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: January 21, 2020

VIRGINIA A. PHILLIPS
United States District Judge